Eastern District of Kentucky
F I L E D

JUL 18 2013

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.   INDICTMENT NO. 2:13cr 43 ART

JOY FOX and
PATRICK SHARPE

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNTS 1-8
18 U.S.C. § 1030(a)(2)(B)
18 U.S.C. § 2

1.   On or about February 11, 2013, in Boone County, in the Eastern District of Kentucky and elsewhere,

### JOY FOX

aided, abetted, counseled, and induced by **PATRICK SHARPE,** did intentionally exceed her authorized access to a government computer and thereby obtained information from a department or agency of the United States, that is the Internal Revenue Service, in that she accessed the computer for the purpose of improperly obtaining personal identifying information of the individuals identified by their initials in the summary chart below, in violation of 18 U.S.C. §§ 1030(a)(2)(B) and 2.

| Count | Individual Identified By Initials |
|---|---|
| 1 | E. M. |
| 2 | J.M. |
| 3 | D.G. |
| 4 | S.G. |
| 5 | A.H. |
| 6 | J.S. |
| 7 | C.N. |
| 8 | A.H. |

Each count in violation of 18 U.S.C. § 1030(a)(2)(B) and 2.

### COUNTS 9-11
### 18 U.S.C. §1341
### 18 U.S.C. §2

1. On or about January 2013, and continuing through March, 2013, in Boone and Kenton Counties, in the Eastern District of Kentucky and elsewhere,

**JOY FOX and
PATRICK SHARPE,**

devised a scheme and artifice to defraud and for the purpose of obtaining money or

property by means of false and fraudulent pretenses, representations and promises, in violation of 18 U.S.C. §§ 1341 and 2.

## INTRODUCTION

2. At all times material hereto, **JOY FOX** worked as a financial technician assigned to a division of the Internal Revenue Service located in Florence, Kentucky. As part of her duties she had access to the Integrated Data Retrieval System (IDRS), a computer system used by the IRS which maintains taxpayer information including, but not limited to, names, social security numbers and dates of birth of taxpayers. **JOY FOX'S** authorized access to the computer system was limited to official business use only.

3. At all times material hereto, **PATRICK SHARPE** was known to **JOY FOX** and resided in Tallahassee, Florida.

4. At all times material hereto, Account Now was a prepaid Visa card company which received and processed online applications for debit cards. Account Now was affiliated with Bancorp, a commercial financial institution. Once an application for a debit card was made and approved, Bancorp would act as the banking institution for Account Now and processed all deposits and withdrawals to and from Account Now debit accounts. Generally, when an individual was approved to have an Account Now debit card account, the individual would fund the account by routing payments to the account from a predetermined source using a routing number and bank account number supplied by Bancorp for this purpose. Account Now used a third party vendor to physically produce the cards and mail the cards to the approved account holder via U.S. Mail.

## SCHEME AND ARTIFICE TO DEFRAUD

5. It was part of the scheme and artifice to defraud that **JOY FOX** agreed to access the IDRS without authority, obtain the names, dates of birth and social security numbers for at least eight individual taxpayers and provide the information to **PATRICK SHARPE**.

6. In furtherance of the scheme and artifice to defraud, **SHARPE** requested **FOX** obtain identifying information of individuals age 65 or older who were entitled to receive Social Security benefits. The plan was that **SHARPE** would apply online from a residence in Tallahassee, Florida for Account Now debit cards using the stolen identities and fund the cards with those individuals' social security benefits. It was further a part of the scheme and artifice to defraud that **SHARPE** would use false addresses in the application process so the cards would be delivered to locations where they could be picked up and used without the knowledge of the individual whose identity had been stolen to fraudulently obtain the card. It was part of the scheme that **SHARPE** and **FOX** would each share a portion of any profits, if they were successful.

7. On or about February 12, 2013, **SHARPE** applied online for an Account Now debit card using the name, date of birth and social security number supplied to him by **FOX** of an individual identified herein by the initials E.M. In so doing, he provided a false address for E.M. in Covington, Kentucky.

8. On or about February 12, 2013, **SHARPE** applied online for an Account Now debit card using the name, date of birth and social security number supplied to him by **FOX** of an individual identified herein by the initials J.M. He provided a false address

for J.M. in Covington, Kentucky.

9. On or about February 15, 2013, **SHARPE** applied online for an Account Now debit card using the name, date of birth and social security number supplied to him by **FOX** of an individual identified herein by the initials D.G. He provided a false address for D.G. in Covington, Kentucky. On or about March 15, 2013, **SHARPE** caused the Social Security Administration to deposit and credit to the card approximately $1,609 in social security benefits due to D.G.

10. On or about February 18, 2013, **SHARPE** applied online for an Account Now debit card using the name, date of birth and social security number supplied to him by **FOX** of an individual identified herein by the initials S.G. He provided a false address for S.G. in Tallahassee, Florida.

### EXECUTIONS OF THE SCHEME

11. For the purpose of executing the scheme and artifice to defraud, on or about the dates set forth in the summary chart below,

**JOY FOX and
PATRICK SHARPE,**

did cause to be delivered to certain addresses located in Covington, Kenton County, Kentucky, by United States Mail, according to the directions thereon, mail matter, that is Account Now Debit Cards in the stolen names of the individuals referenced by initials in the summary chart below:

| COUNT | DATE | Individual Reference by Initials |
|---|---|---|
| 9 | February 14, 2013 | E.M. |
| 10 | February 14, 2013 | J.M. |
| 11 | February 18, 2013 | D.G. |

Each count in violation of 18 U.S.C. §§ 1341 and 2.

### COUNT 12
### 18 U.S.C. § 1028A
### 18 U.S.C. § 2

On or about February 14, 2013, in Boone and Kenton County, in the Eastern District of Kentucky, and elsewhere,

### JOY FOX and
### PATRICK SHARPE,

aiding and abetting each other, did knowingly use, without lawful authority, a means of identification of another person identified herein as E.M., during and in relation to the felony offense charged in Count 9 of this Indictment, that is Mail Fraud, in violation of 18 U.S.C. §1341, in that they used the name, date of birth and social security number of E.M. to apply for and cause to be delivered an Account Now Debit Card, in violation of 18 U.S.C. §§ 1028A and 2.

### COUNT 13
### 18 U.S.C. § 1028A
### 18 U.S.C. § 2

On or about February 14, 2013, in Boone and Kenton County, in the Eastern District of Kentucky, and elsewhere,

### JOY FOX and
### PATRICK SHARPE,

aiding and abetting each other, did knowingly use, without lawful authority, a means of identification of another person identified herein as J.M., during and in relation to the felony offense charged in Count 10 of this Indictment, that is Mail Fraud, in violation of 18 U.S.C. §1341, in that they used the name, date of birth and social security number of J.M. to apply for and cause to be delivered an Account Now Debit Card, in violation of 18 U.S.C. §§ 1028A and 2.

### COUNT 14
### 18 U.S.C. § 1028A
### 18 U.S.C. § 2

On or about February 18, 2013, in Boone and Kenton County, in the Eastern District of Kentucky, and elsewhere,

### JOY FOX and
### PATRICK SHARPE,

aiding and abetting each other, did knowingly use, without lawful authority, a means of identification of another person identified herein as D.G., during and in relation to the felony offense charged in Count 11 of this Indictment, that is Mail Fraud, in violation of 18 U.S.C. §1341, in that they used the name, date of birth and social security number of D.G. to apply for and cause to be delivered an Account Now Debit Card, in violation of 18 U.S.C. § 1028A.

### COUNT 15
### 18 U.S.C. § 286

On or about February 11, 2013, and continuing through on or about February 18, 2013, in Boone County, in the Eastern District of Kentucky and elsewhere,

JOY FOX and
PATRICK SHARPE

agreed and conspired to defraud the United States and an agency thereof, namely the

Internal Revenue Service, by obtaining and aiding to obtain the payment of a false,

fictitious and fraudulent claim, that is a fraudulent claim for a tax refund in the amount of

$7,871, in violation of 18 U.S.C. § 286.

A TRUE BILL

*Kerry B Harvey* (signature)
KERRY B. HARVEY
UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1-8:**   Not more than 5 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNTS 9-11:**   Not more than 20 years imprisonment, $250,000 fine, and 3 years supervised release.

**COUNTS 12-14:**   2 years imprisonment for each count to run consecutively with any other term of imprisonment imposed.

**COUNT 15:**   Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution.