UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:13-cr-43-ART-1 |
| | : | |
| PLAINTIFF | : | |
| | : | |
| VS. | : | SENTENCING MEMORANDUM |
| | : | ON BEHALF OF DEFENDANT, |
| JOY FOX | : | JOY FOX |
| | : | |
| DEFENDANT | : | ELECTRONICALLY FILED |

Comes now the Defendant, Joy Fox, by and through undersigned counsel, Bradley W. Fox, and hereby submits the following Sentencing Memorandum setting forth all factors the Court should consider in determining what length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

Ms. Fox acknowledges that she is responsible for Aiding and Abetting Mail Fraud and Aiding and Abetting Aggravated Identity Theft. She admits wrongdoing, but asks this Court to refrain from imposing a substantial punishment, based primarily on her acceptance of responsibility, her lack of a criminal record and her attempt to cooperate.

**Application of the Statutory Sentencing Factors to the Facts of this Case**

Pursuant to 18 U.S.C. § 3553(a), the following factors must be considered when determining what type of length of sentence is sufficient, but not greater than necessary to satisfy the purposes of sentencing:

1. **The Nature and Circumstances of the Offense and the History and Characteristics of the Offender**

    a. **Nature and Circumstances of the Offense**

    Ms. Fox admits that she was involved in the conspiracy to submit false claims to the Internal Revenue Service and made unlawful use of a means of

identification.  Ms. Fox , along with Patrick Sharpe attempted to defraud the United States by filing false/fraudulent claims.  Further, from January 2013 until March 2013, Ms. Fox obtained identification information of other persons and provided that information to Mr. Sharpe in order to file a false claim.

b. **History and Characteristics of Ms. Fox**

Ms. Fox was born on January 20, 1981 in Cincinnati, Ohio and has resided between Texas and Northern Kentucky most of her life.  Ms. Fox's mother resides in Ft. Mitchell, Kentucky.  Ms. Fox's father is deceased.  Ms. Fox has one sister, Angela Sene, who resides if Northern Kentucky.  Ms. Fox has a son, Tony Fox, age 5, who resides with her.

Ms. Fox is close to her mother and sister.  The three of them moved to Northern Kentucky together from Texas.  Ms. Fox's mother will be providing the care for her son during any incarceration period.  Ms. Fox had caring parents and a good life.  Ms. Fox did encounter financial hardship while raising her son as a single mother.  Ms. Fox does not receive financial assistance from her son's father.

Ms. Fox has been employed and worked very hard for nearly all her adult life.  From 2002 to 2013, Ms. Fox worked for the Internal Revenue Service.  Until the current charges, Ms. Fox had a good work record.  Since being terminated from the Internal Revenue Service, Ms. Fox has continued being employed.  During the pendency of this matter, Ms. Fox has worked as a temporary employee at DHL, Castellini Produce, McDonald's and Levi Strauss.

Ms. Fox has largely stayed out of trouble throughout her life, only having convictions for traffic offenses on her record.

Ms. Fox is in good health and has no history of medical or mental conditions.

2.   **The Sentencing Range Established by the Sentencing Commission**

The statutory maximum of imprisonment for Count 9 is 20 years and for Count 12 is a mandatory 2 years consecutive to the underlying felony. However, the guideline range computation by probation is 21-27 months, which falls in Zone D of the Sentencing Table.

The following is the guideline range agreed upon in the plea agreement. The base offense level is 7 pursuant to U.S.S.G § 2B1.19a). the United States Attorney recommends that the offense level be increased by 2 because the offense involved 10 or more victims. The United States Attorney further recommends an additional 2 point increase because the offense targeted vulnerable victims. There is a 2 point reduction because Ms. Fox accepted responsibility. The United States Attorney recommends no increase for the amount of loss. The final adjusted offense level is 9.

Ms. Fox has a total criminal history score of zero, putting her criminal history category I. Ms. Fox has a total offense level of 9. This results in guidelines sentencing range of 4-10 months imprisonment, which is Zone B of the Sentencing Table, but this is only a recommendation according to *United States v. Booker*, 543 U.S. 220 (2005).

3.   **Objection of Proposed Sentencing Guideline**

The Defendant, Joy Fox, has no legal objections of the Recommended Sentencing Guidelines by Probation.

4. **Request for an Alternative Sentence other than the Recommendation**

The Defendant, Joy Fox, asks that the Court following the Sentencing Guidelines that were agreed upon by the Defendant and the United States Government. Probation has added an additional 4 point enhancement according to U.S.S.G. § 2B 1.1 (b)(1)(c), an additional 2 point enhancement according to U.S.S.G. § 2B (b)(10)(c) and a 2 point enhancement according to U.S.S.G. 3B 1.3, rendering the Defendant's adjusted offense level at 19, with a 3 point reduction for Ms. Fox's acceptance of responsibility. Probation's calculations produce a final adjusted offense level of a 16. This point total is higher than what the Defendant and the United States Government agreed to in the Plea Agreement.

Further, Ms. Fox asks this Honorable Court for a variance from the guidelines and to impose a 28 month period of incarceration, 2 years on Count 12 and 4 months on Court 9. Ms. Fox has accepted responsibility and her lack of criminal history makes re-offending unlikely. Ms. Fox further attempted to assist and cooperate with the investigation. Additionally, Ms. Fox is currently employed and a single mother. Additional months of incarceration would result in her family losing the majority of their financial support in caring for her son.

Ms. Fox understands probation is not an option in this case and 2 years of incarceration is mandatory. However, she would be able to continue providing for her son after completion of the 2 years and any additional time imposed.

5. **The Need to Provide Restitution to any Victims of the Offense**

There were no monies received by Ms. Fox or Mr. Sharpe, and no actual loss to any of the victims. Therefore, there is no restitution in this matter.

**Proposed "Statement of Reasons Pursuant to 18 U.S.C. § 3553 (C)"**
**for Sentence Below Guideline Range**

The sentence warranted for the following reasons:

1. The base level is 7.

2. The offense level is increased by 2 because the offense involved 10 or more victims.

3. The offense level is increased by 2 because the offense involved a vulnerable class of victims.

4. The offense is decreased by 3 because the Defendant accepted responsibility.

5. A total offense level of 9, combined with a Category I criminal history, results in a guidelines recommendation of 4-10 months, which lies in Zone B of the Sentencing Table.

**Conclusion**

Defendant, Joy Fox, respectfully asks this Honorable Court to follow the Plea Agreement that the United States and Ms. Fox signed where her offense level was 9. This could fall into Zone B of the Sentencing Table and not follow Probation's Recommendation of an offense level of 16. Ms. Fox also respectfully asks this Court to sentence her to a sentence of 4 months consecutive to the mandatory 2 years on Count 12. This period of incarceration will accomplish the goals of punishment, and she is unlikely to re-offend.

>Respectfully submitted,
>FOX & SCOTT, PLLC
>
>/s/ Bradley W. Fox
>Bradley W. Fox
>517 Madison Ave.
>Covington, KY  41011
>(859) 291-1000
>Facsimile: (859) 291-7306
>Email: brad@foxscottlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Sentencing Memorandum on Behalf of Defendant, Joy Fox has been sent by electronic mail to Laura Voorhees at laura.voorhees@usdoj.gov this 14th day of JANUARY, 2014.

>/s/ Bradley W. Fox
>Bradley W. Fox